UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEPHEN PATRICK KELLY,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF HELENA POLICE DEPARTMENT, BRETT PETTY, AND BERKLEY CONRAD,<br><br>        Defendant. | Case No. CV-22-076-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED: Plaintiff Kelly's Complaint (Doc. 2) is hereby DISMISSED without prejudice for failure to provide an updated physical address. L.R. 5.3(a)(2), (b)(1). The Clerk of Court is directed to enter judgment forthwith..

Dated this 17th day of February, 2023.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Kelsey Hanning
                              Kelsey Hanning, Deputy Clerk